■ THE PEOPLE OF THE STATE OF NEW YORK v. PHILIP GOLDBERGER.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ CAROL A. DI CARLO, an Infant, et al., v. LILLIE COLLETTI et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. The order of this court entered June 16, 1959 is modified accordingly. The cross application of the appellants to dispense with the printing of the record on appeal and the appellants' points and to permit the appeal to be heard upon a typewritten record and upon typewritten appellants' points is denied. If the appellants fail to comply with the conditions contained in the order entered herein, the respondent may submit a final order dismissing the appeal without notice to the appellants. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. PAUL MALESCHUSKY.— Motion denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of 2 LEXINGTON AVENUE CORP. against ROBERT C. WEAVER, as State Rent Administrator.— Motion to dismiss appeal granted, with $10 costs, unless the respondent-appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ PAUL GINSBURG v. HEARST PUBLISHING COMPANY et al.— Motion granted insofar as to allow the appeals to be heard in one appeal book, without duplication of printing, and to have the appeals heard at the same time. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ GEORGE MORENG v. ARTHUR I. BOYER.—Motion by defendant-appellant to dispense with printing the record on appeal and appellant's points denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ GEORGE MORENG v. ARTHUR I. BOYER.— Motion by respondent to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before November 5, 1959, with notice of argument for November 17, 1959. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of the Arbitration between AMALGAMATED LITHOGRAPHERS OF AMERICA, LOCAL 1 and LEE LETTER SERVICE, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of SENATOR ROBERT A. TAFT HOUSES. MICHAEL JANIOKI, Appellant; CITY OF NEW YORK, Respondent.— Motion denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of JOHN G. KENNELLY, against LEWIS J. VALENTINE, as Police Commissioner.— Motion to dismiss proceeding granted. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.